H. A. COLLINS AND WIFE, PARALEE COLLINS, AND RUTH C. BROOKSHIRE, PETITIONERS, v. NORTH CAROLINA STATE HIGHWAY & PUBLIC WORKS COMMISSION.

(Filed 22 September, 1954.)

**Trial § 39—**

Even though the amount of the verdict may prompt the surmise that it was a quotient verdict, this alone is insufficient to compel the conclusion, as a matter of law, that it was in fact a quotient verdict.

BATCHELOR *v.* MITCHELL.

APPEAL by respondent from *Pless, J.,* March Term 1954, BUNCOMBE. No error.

Special proceeding for the recovery of compensation for the land of petitioners appropriated by respondent for highway purposes.

In the proceeding before the clerk, the commissioners assessed the damages, the clerk signed judgment on the report of the commissioners, and respondent appealed.

In the court below the jury fixed the damages sustained by petitioners at $1,666.67. From judgment on the verdict respondent appealed.

*Don C. Young for petitioner appellees.*

*R. Brookes Peters and McLean, Elmore & Martin for respondent appellant.*

PER CURIAM. Respondent's exceptive assignments of error fail to raise any question of law of sufficient moment to require discussion. Upon the rendition of the verdict the respondent did not request the court to poll the jury. While the amount of the verdict may prompt the surmise that it was a quotient verdict, it alone is insufficient to compel the conclusion, as a matter of law, that it was in fact a quotient verdict.

As no prejudicial error is made to appear, the verdict and judgment will not be disturbed.

No error.